No. 83–5241.   GUYTON *v.* RICKETTS, DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS.   C. A. 10th Cir.   Certiorari denied.

No. 83–5243.   THOMPSON *v.* STEELE ET AL.   C. A. 5th Cir. Certiorari denied.

No. 83–5244.   TUCKER *v.* LONDON GOLD EXCHANGE.   C. A. 3d Cir.   Certiorari denied.

No. 83–5245.   ADAMS *v.* BARNES ET AL.   C. A. 11th Cir. Certiorari denied.

No. 83–5249.   FLOYD *v.* ALLEN, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–5262.   COATS *v.* ALLSBROOK, SUPERINTENDENT, ODOM COMPLEX, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–5265.   BRADY *v.* MINTZES, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 83–5268.   HOLDER *v.* STEPHENSON, SUPERINTENDENT, NORTH CAROLINA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 83–5271.   PAREZ *v.* CITY AND COUNTY OF SAN DIEGO ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–5275.   SPRIGGS *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 83–5277.   FEARS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–5279.   ATTWELL ET AL. *v.* METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–5281.   KNIGHTEN *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.

No. 83–5284.   CAULEY *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.